# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Medical Imaging Technology Alliance et al

**v.**

Library of Congress et al

**Case No:** 25-5328

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Library of Congress

Todd Blance, as Acting Librarian of Congress

### Counsel Information

**Lead Counsel:** Laura E. Myron

**Direct Phone:** ( 202 ) 514-4819  **Fax:** (   )         **Email:** laura.e.myron@usdoj.gov

**2nd Counsel:** Daniel Tenny

**Direct Phone:** ( 202 ) 514-1838  **Fax:** (   )         **Email:** daniel.tenny@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )         **Fax:** (   )         **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave NW Washington DC 2-35-

**Firm Phone:** (   )         **Fax:** (   )         **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)