# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Advanced Medical Technology Association

v.

Library of Congress, et al.

**Case No:** 25-5328

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Advanced Medical Technology Association

Medical Imaging & Technology Alliance

### Counsel Information

Lead Counsel: Michael B. Kimberly

Direct Phone: (202) 282-5096  Fax: (___) _____  Email: mkimberly@winston.com

2nd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Winston & Strawn LLP

Firm Address: 1901 K Street NW

Firm Phone: (202) 282-5000  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)