# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5328                                    2. DATE DOCKETED: 9/15/25

3. CASE NAME (lead parties only) Advanced Medical Technology Association v. Library of Congress

4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes  ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:22-cv-499-BAH       Bankruptcy _____          Tax _____
      Criminal _____          Adversary _____
      Miscellaneous _____      Ancillary _____

   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell                      Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 7/21/25    e. Date notice of appeal filed: 9/12/25

   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No    If YES, date filed: 3/24/23 (prior appeal)

   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ⦿ No
      If NO, why not?  No hearing before district court

   i. Has this case been before the Court under another appeal number? ⦿ Yes  Appeal # 23-5067   ○ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes  ○ No
      If YES, give popular name and citation of statute Digital Millennium Copyright Act, 17 U.S.C. § 1201

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No    If so, provide program name and participation dates
   _____

Signature /s/ Michael B. Kimberly                      Date  10/8/2025
Name of Party Medical Imaging & Technology Ass'n, Advanced Medical Technology Ass'n
Name of Counsel for Appellant/Petitioner Michael B. Kimberly
Address 1901 L Street NW, Washington DC 20006
Phone ( 202 ) 282-5096    Fax ( 202 ) 282-5000

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that that on October 8, 2025, the foregoing was served on all parties or their counsel of record through the CM/ECF system.

Dated: October 8, 2025                    /s/ *Michael B. Kimberly*