No. 25-5328

*In the*
# United States Court of Appeals
*for the*
## District of Columbia Circuit

ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, *et al.*,

*Plaintiffs-Appellants*,

– v. –

LIBRARY OF CONGRESS, *et al.*,

*Defendants-Appellees*.

**APPELLANTS' STATEMENT CONCERNING THE JOINT APPENDIX**

Pursuant to the Court's order of September 15, 2025, appellants Advanced Medical Technology Association and Medical Imaging & Technology Alliance state that they do not intend to utilize a deferred appendix in this proceeding. The final joint appendix will be filed with the appellants' opening brief.

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly
   *Winston & Strawn LLP*
   *1901 L Street NW*
   *Washington, DC 20036*
   *(202) 282-5096*
   *mkimberly@winston.com*

*Counsel for Plaintiff-Appellant*
*Alignment Healthcare, Inc.*

Dated: October 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that that on October 8, 2025, the foregoing was served on all parties or their counsel of record through the CM/ECF system.

Dated: October 8, 2025                 /s/ *Michael B. Kimberly*