No. 25-5328

*In the*

# United States Court of Appeals
*for the*
# District of Columbia Circuit

---

Advanced Medical Technology Association, *et al.*,

*Plaintiffs-Appellants*,

– v. –

Library of Congress, *et al.*,

*Defendants-Appellees.*

---

**APPELLANTS' SUBMISSION OF UNDERLYING DECISION**

---

Pursuant to the Court's order of September 15, 2025, appellants Advanced Medical Technology Association and Medical Imaging & Technology Alliance submit the following order of the U.S. District Court for the District of Columbia, which constitutes the underlying decision of this appeal, and is attached as Exhibit A:

*Medical Imaging & Technology Alliance, et al. v. Library of Congress*, No. 1:22-cv-499, Dkt. 48, (July 21, 2025).

Respectfully submitted,

/s/ *Michael B. Kimberly*

MICHAEL B. KIMBERLY
  *Winston & Strawn LLP*
  *1901 L Street NW*
  *Washington, DC 20036*
  *(202) 282-5096*
  *mkimberly@winston.com*

*Counsel for Plaintiff-Appellant*
*Alignment Healthcare, Inc.*

Dated: October 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that that on October 8, 2025, the foregoing was served on all parties or their counsel of record through the CM/ECF system.

Dated: October 8, 2025         /s/ *Michael B. Kimberly*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, *et al.*, | |
| Plaintiffs, | Civil Action No. 22-499 (BAH) |
| v. | Judge Beryl A. Howell |
| LIBRARY OF CONGRESS, *et al.*, | |
| Defendants. | |

### ORDER

Upon consideration of plaintiffs Medical Imaging & Technology Alliance and Advanced Medical Technology Association's motion for summary judgment, ECF No. 33, defendants Library of Congress and Librarian of Congress's cross motion for summary judgment, ECF No. 35, the legal memoranda, the administrative record, and the entire case record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' motion for summary judgment, ECF No. 33, is **DENIED**; it is further

**ORDERED** that defendants' cross motion for summary judgment, ECF No. 35, is **GRANTED**; it is further

**ORDERED** that judgment is entered in favor of defendants; and it is further

**ORDERED** that the Clerk of Corut is directed to close this case.

**SO ORDERED**.

*This is a final and appealable order.*

Date:  July 21, 2025

_____
**BERYL A. HOWELL**
United States District Judge