No. 25-5328

*In the*
# United States Court of Appeals
*for the*
# District of Columbia Circuit

Advanced Medical Technology Association, *et al.*,

*Plaintiffs-Appellants*,

– v. –

Library of Congress, *et al.*,

*Defendants-Appellees.*

**APPELLANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, appellants Advanced Medical Technology Association (AdvaMed) and Medical Imaging & Technology Alliance (MITA) hereby submit the following disclosure statement in the above-captioned case.

AdvaMed is a non-profit, membership-based trade association representing the world's leading innovators and manufacturers of medical devices, diagnostic products, digital health technologies, and health information systems. It has no parent corporation and does not issues stock.

MITA is a non-profit, membership-based trade association. It is a leading voice of medical imaging equipment manufacturers, innovators, and pro-

duct developers. It is a division of the National Electrical Manufacturers Association. MITA does not issue stock.

Respectfully submitted,

/s/ *Michael B. Kimberly*

MICHAEL B. KIMBERLY
  *Winston & Strawn LLP*
  *1901 L Street NW*
  *Washington, DC 20036*
  *(202) 282-5096*
  *mkimberly@winston.com*

*Counsel for Plaintiff-Appellant*
*Alignment Healthcare, Inc.*

Dated: October 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that that on October 8, 2025, the foregoing motion was served on all parties or their counsel of record through the CM/ECF system.

Dated: October 8, 2025                  /s/ *Michael B. Kimberly*