[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, et al.<br>    Plaintiffs-Appellants,<br><br>v.<br><br>LIBRARY OF CONGRESS, et al.,<br>    Defendants-Appellees. | No. 25-5328 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A. Parties and Amici

Plaintiffs in district court, and appellants here, are Medical Imaging & Technology Alliance and The Advanced Medical Technology Association. Defendants in the district court, and appellees here, are the Library of Congress and the Acting Librarian of Congress. There were no amici in the district court nor, at the time of filing, before this Court.

### B. Rulings under Review

The rulings under review are the opinion and order entered on July 21, 2025. *See Medical Imaging & Technology Alliance v. Library of Congress*, No. 1:22-cv-0499

(D.D.C.), 2025 WL 2029804 (Howell, J.).

## C. Related Cases

This case has been before this Court once previously. *See Medical Imaging & Technology Alliance, et al. v. Library of Congress*, 103 F.4th 830 (D.C. Cir. 2024) (reversing district court's prior dismissal). The undersigned counsel is unaware of any related cases currently pending in any court.

    Respectfully submitted,

    DANIEL TENNY
    *s/ Laura E. Myron*
    LAURA E. MYRON
    *Attorneys, Appellate Staff*
    *Civil Division, Room 7228*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue NW*
    *Washington, DC 20530*
    *(202) 514-4189*
    *laura.e.myron@usdoj.gov*

OCTOBER 2025