# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5328**                            **September Term, 2025**

1:22-cv-00499-BAH

Filed On: October 28, 2025 [2142608]

Medical Imaging & Technology Alliance and Advanced Medical Technology Association,

         Appellants

         v.

Library of Congress and Todd Blanche, in his official capacity as Acting Librarian of Congress,

         Appellees

**O R D E R**

Upon consideration of appellants' motion to establish a briefing schedule and to hold oral argument in March 2026, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | November 7, 2025 |
| Appendix | November 7, 2025 |
| Appellees' Brief | January 9, 2026 |
| Appellants' Reply Brief | February 6, 2026 |

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5328**                                        **September Term, 2025**

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                                           **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                         BY:      /s/
                                                           Michael C. McGrail
                                                            Deputy Clerk