

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7228
Washington, DC 20530

---

Laura E. Myron                                                    (202) 514-4819
Laura.e.myron@usdoj.gov

November 17, 2025

Mark Langer, Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

Re:   *Medical Imaging & Technology Alliance*, No. 25-5328 (oral argument not scheduled)

Dear Mr. Langer:

     We write regarding the scheduling of oral argument in the above-referenced appeal.

     Laura E. Myron is the government attorney with principal responsibility for this appeal.  Ms. Myron will be traveling and unavailable for oral argument on February 16-20, 2026, March 13 and 16, 2026, and March 30-April 3, 2026.  We respectfully ask that oral argument not be set during these periods.

     Thank you for your consideration.

                                      Sincerely,

                                      /s/ Laura E. Myron

cc:   All counsel of record (by CM/ECF)