# [ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

MEDICAL IMAGING & TECHNOLOGY
  ALLIANCE, et al.,

  Plaintiffs-Appellants,

              v.

LIBRARY OF CONGRESS, et. al.

  Defendants-Appellees.

No. 25-5328

**UNOPPOSED MOTION OF FEDERAL DEFENDANTS-APPELLEES
FOR A 7-DAY EXTENSION OF TIME**

For the reasons that follow, the Defendants-Appellees respectfully move for a 7-day extension of time, to and including January 16, 2026, within which to file the response brief in this case. Plaintiffs-Appellants do not object to this motion. In support of this motion, the government states the following:

**1.** In early October, plaintiff submitted an unopposed motion to set a briefing schedule in which the opening brief would be filed November 7, 2025, the response brief on January 9, 2026, and the reply on February 6,

2026. This Court granted that motion and the opening brief was filed on November 7, 2025.

**2.** Beginning on October 1, 2025, however, the appropriations funding the Department of Justice lapsed. Funding was not restored to the Department until the President signed a continuing resolution on November 12, 2025. Absent an appropriation, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Although some Department attorneys were authorized to perform limited work under exceptions to the Anti-Deficiency Act, most civil litigation in the Department ceased for six weeks. As a result, the undersigned attorneys accumulated an enormous backlog of postponed briefs and other filings, including filings originally due in October that were rescheduled to be due in November and December, as well as a number of appellate briefs originally scheduled to be filed in November and December that are still due in those months.

3. In particular, Laura Myron, the attorney with primary responsibility for drafting the response brief in this matter is also

responsible for the following matters with deadlines during the briefing period: *Przybocki v. U.S. Dep't of Agric.*, No. 25-7174 (9th Cir.) (oral argument presented on Nov. 14); *Stevens v. ICE*, No. 25-1126 (7th Cir.) (oral argument to be held on Dec. 12, 2025); *Hernandez v. Sierra*, No. 25-50327 (5th Cir.) (response brief due Dec. 18, 2025). Undersigned counsel and agency counsel will also be out of the office on planned leave during the Christmas holiday period.

**3.** A short 7-day extension is therefore necessary to allow Ms. Myron sufficient time to complete the response brief. The government has not previously sought an extension of time in this case.

**4.** Plaintiffs-appellants consent to this extension of the response brief deadline. In order to preserve the spacing between briefs in the previously agreed-upon schedule, the government respectfully suggests that the Court similarly extend the reply brief deadline by 7 days, such that the reply brief would be due on February 13, 2026.

## CONCLUSION

For the foregoing reasons, the government respectfully asks that the Court extend the deadline for the defendants-appellees' brief by 7 days, to and including January 16, 2026.

Respectfully submitted,

DANIEL TENNY

/s/ Laura E. Myron
-----
LAURA E. MYRON
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7228*
*Washington, D.C. 20530*
*(202) 514-4819*

DECEMBER 2025

4

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Book Antiqua 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 476 words, according to the word count of Microsoft Word.

                                              */s/ Laura E. Myron*
                                              LAURA E. MYRON

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                */s/ Laura E. Myron*
                                                LAURA E. MYRON