No. 25-5328 September Term, 2025

1:22-cv-00499-BAH

Filed On: December 4, 2025 [2148776]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

       Appellants

       v.

Library of Congress and Todd Blanche, in
his official capacity as Acting Librarian of
Congress,

       Appellees

**O R D E R**

Upon consideration of appellees' unopposed motion for a 7-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 16, 2026 |
| Appellants' Reply Brief | February 13, 2026 |

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk