# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5328**  September Term, 2025

1:22-cv-00499-BAH

Filed On: March 10, 2026 [2162964]

Medical Imaging & Technology Alliance and Advanced Medical Technology Association,

    Appellants

    v.

Library of Congress and Todd Blanche, in his official capacity as Acting Librarian of Congress,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 24, 2026, at 9:30 A.M.:

    Appellants   -   20 Minutes

    Appellees   -   20 Minutes

The panel considering this case will consist of Circuit Judges Henderson and Millett, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 12, 2026.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:  /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)