# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5328**                                   **September Term, 2025**

**1:22-cv-00499-BAH**

**Filed On: March 20, 2026** [2164822]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

        Appellants

     v.

Library of Congress and Todd Blanche, in
his official capacity as Acting Librarian of
Congress,

        Appellees

**BEFORE:**    Henderson and Millett, Circuit Judges; Ginsburg, Senior Circuit
           Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the oral argument in this matter, scheduled for March 24, 2026, be postponed pending further order of the court.

The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk