# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5328**

**September Term, 2025**

**1:22-cv-00499-BAH**

**Filed On: April 6, 2026** [2167201]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

      Appellants

    v.

Library of Congress and Todd Blanche, in
his official capacity as Acting Librarian of
Congress,

      Appellees

## O R D E R

Upon consideration of appellants' unopposed motion to reschedule oral argument for this term or alternatively, at a special summer session, it is

**ORDERED** that the motion be granted and this case be re-scheduled for oral argument on May 15, 2026, at 1:30 P.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)