# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5328**                         **September Term, 2025**

**1:22-cv-00499-BAH**

**Filed On: April 15, 2026** [2168799]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

   Appellants

  v.

Library of Congress and Todd Blanche, in
his official capacity as Acting Librarian of
Congress,

   Appellees

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 15, 2026, at 1:30 P.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Millett, Childs, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 17, 2026.

### **Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk
     BY: /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)