# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5328**                                **September Term, 2025**

**1:22-cv-00499-BAH**

**Filed On: May 15, 2026** [2173695]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

       Appellants

    v.

Library of Congress and Todd Blanche, in
his official capacity as Acting Librarian of
Congress,

       Appellees

   **BEFORE:**    Circuit Judges Millett, Childs, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, May 15, 2026 at 1:32 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

   Michael Kimberly, counsel for Appellants.

   Laura E. Myron (DOJ), counsel for Appellees.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

       BY:   /s/
              Jaime T. Stratton
              Deputy Clerk