# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5328** **September Term, 2026**

FILED ON: SEPTEMBER 1, 2026

MEDICAL IMAGING & TECHNOLOGY ALLIANCE AND ADVANCED MEDICAL TECHNOLOGY ASSOCIATION,
APPELLANTS

v.

LIBRARY OF CONGRESS AND TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING LIBRARIAN OF CONGRESS,
APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00499)

---

Before: MILLETT, CHILDS and PAN, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to the Librarian and Library of Congress be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: September 1, 2026

Opinion for the court filed by Circuit Judge Childs.