# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5328** **September Term, 2026**

**1:22-cv-00499-BAH**

**Filed On: September 1, 2026** **[2190870]**

Medical Imaging & Technology Alliance and Advanced Medical Technology Association,

Appellants

v.

Library of Congress and Todd Blanche, in his official capacity as Acting Librarian of Congress,

Appellees

## ORDER

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk